No. ——. Original. *Ex parte:* IN THE MATTER OF WATTS, WATTS & Co., LTD., PETITIONER. Submitted June 5,

1916.  Decided June 12, 1916.  Motion for leave to file petition for writ of mandamus denied.  *Mr. J. Parker Kirlin, Mr. John M. Woolsey* and *Mr. Mark W. Maclay, Jr.,* for petitioner.

---

